**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Bilal Burki, Individually and d/b/a Sheila Burki Wedding Décor
                         and/or Sheila Burki Designs, LLC. v. Janette D. Dansby

Appellate case number:   01-22-00044-CV, 01-22-00046-CV

Trial court case number: 21-DCV-289522, 19-DCV-265591

Trial court:             268th District Court of Fort Bend County

On May 19, 2022, this Court granted motions filed by appellants, Bilal Burki, Individually and d/b/a Sheila Burki Wedding Décor and/or Sheila Burki Designs, LLC, requesting ninety-day extensions of time in which to file their appellate briefs, making the briefs due August 17, 2022,. The Court noted in its orders that no further extensions would be granted. On August 17, 2022, appellants requested an additional fourteen days in which to file their appellate briefs, making their briefs due August 31, 2022.

The motions are **granted**. **No further extensions will be granted**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date: August 23, 2022